No. 634.  CANTY v. ALABAMA.

March 11, 1940.  *Per Curiam:* Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari, granted.  The judgment is reversed.  *Chambers* v. *Florida, ante,* p. 227.  Mr. Leon A. Ransom for petitioner.  Messrs. Thomas S. Lawson, Attorney General of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondent.